IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK BRANON,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.

                          /

No. C 13-01350 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a federal prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **May 1, 2014.**

    This Order terminates Docket no. 11.

    IT IS SO ORDERED.

DATED: 4/7/2014

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.13\Branon1350.grantEOT-traverse.wpd