UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK BRANON,<br><br>      Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No: C 13-1350 SBA<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO PROCEED PRO SE AND DENYING COUNSEL'S REQUEST FOR SUBSTITUTION** |

   Petitioner Mark Branon, a federal prisoner, filed a pro se petition for writ of habeas corpus (which is liberally construed as a motion under 28 U.S.C. § 2255) to challenge his federal conviction suffered in the District of Arizona.  The Government has filed a response and Petitioner has filed a pro se traverse.

   Presently before the Court is a "Notice of Appearance of Private Counsel Request for Approval of U.S. District Court," in which attorney Roger Hanson seeks leave to substitute in as counsel for Petitioner. Dkt. 14.  Subsequently, Petitioner filed a request that he be allowed to proceed pro se because neither he nor his family have been able to contact Mr. Hanson.  Dkt. 21.  Although Petitioner's request was docketed in ECF and served on Mr. Branon, he has not responded to Petitioner's request and deadline to do so has since passed.  Accordingly,

   IT IS HEREBY ORDERED THAT Mr. Hanson's request to substitute in as counsel of record is DENIED, and Petitioner's request to proceed pro se is GRANTED.  This Order terminates Docket 14 and 21.  The Clerk shall indicated that Mr. Hanson is terminated as counsel for Petitioner.

   IT IS SO ORDERED.

Dated:  August 19, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge