UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK BRANON,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | Case No: C 13-1350 SBA<br><br>**JUDGMENT** |

　　In accordance with the Court's Order Dismissing Action,

　　IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendant United States of America.

　　IT IS SO ORDERED.

Dated: August 26, 2014

　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge